NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PHILLIP KERR, DOC #T09936,   )
            )
   Appellant,    )
            )
v.          )
            )  Case No. 2D17-3391
STATE OF FLORIDA,    )
            )
   Appellee.    )
_____)

Opinion filed November 30, 2018.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

   Affirmed.

NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.